# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MALAIKA LEWIS, *et al.*<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-03369 |

## CERTIFICATION PURSUANT TO LOCAL RULE 83.2(f)

I, Ellora Thadaney Israni, hereby certify under Local Civil Rule 83.2(f) of this Court, that:

1. I am a member in good standing of the District of Columbia Bar. My D.C. Bar number is 1740904.

2. I am employed by Civil Rights Corps, a non-profit organization that provides legal services to the indigent without charging them a fee.

3. I represent Plaintiffs Malaika Lewis and N.L. in this matter, without any compensation from Plaintiffs.

4. I have reviewed and am familiar with Local Rules of this Court and the other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

Dated: November 3, 2022

Respectfully submitted,

/s/ Ellora Thadaney Israni
Ellora Thadaney Israni (D.C. Bar 1740904)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
ellora@civilrightscorps.org
Phone: (202) 894-6132

* Appearing before this Court without compensation from clients, pursuant to Local Civil Rule 83.2(f).