Case 1:22-cv-03369-RDM Document 8 Filed 11/03/22 Page 1 of 4
Case 1:22-cv-03369-TSC Document 68 Filed 11/08/22 Page 1 of 24

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis

*Plaintiff(s)*

v.

District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10

*Defendant(s)*

Civil Action No. 22-3369 TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* District of Columbia
c/o Office of the Attorney General of the District of Columbia
400 6th St. NW
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11-03-2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **District of Columbia c/o Office of the Mayor of the District of Columbia**
was received by me on *(date)* **November 3 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On November 4, 2022, I served the summons and complaint on Defendant District Of Columbia c/o Office of the Mayor of the District of Columbia by emailing them to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), , https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAG-OFFICE-ORDER-Temp-Service-Process.pdf. This Order provides that, during the pandemic, the District will accept service when the required documents are emailed to the 3 email addresses named above. Tonia Robinson and Chad Copeland accepted service via email on November 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **November 4, 2022**

/s/ Priyanka Shetty
*Server's signature*

Priyanka Shetty, Investigative Fellow (Investigator)
*Printed name and title*

1601 Connecticut Ave, Suite 800, Washington DC 20009
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis <br><br> *Plaintiff(s)* <br> v. <br> District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 <br><br> *Defendant(s)* | Civil Action No. 22-3369 TSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* District of Columbia
c/o Office of the Mayor of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Ave. NW
Suite 407
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/03/2022          /s/ Luileadny J. Navas Gonzalez
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* District of Columbia, c/o of the Office of the Attorney General for the District of Columbia

was received by me on *(date)* November 3, 2022.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On November 4, 2022, I served the summons and complaint on Defendant District Of Columbia c/o Office of the Attorney General for the District of Columbia by emailing them to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), , https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAG-OFFICE-ORDER-Temp-Service-Process.pdf. This Order provides that, during the pandemic, the District will accept service when the required documents are emailed to the 3 email addresses named above. Tonia Robinson and Chad Copeland accepted service via email on November 4, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 4, 2022

/s/ Priyanka Shetty
*Server's signature*

Priyanka Shetty, Investigative Fellow (Investigator)
*Printed name and title*

1601 Connecticut Ave, Suite 800, Washington DC 20009
*Server's address*

Additional information regarding attempted service, etc: