AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Malaika Lewis and N.L., by and through her next
friend and guardian, Malaika Lewis

|                          |   |
|--------------------------|---|
| *Plaintiff(s)*           | ) |
| v.                       | ) |
|                          | ) |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) |
| *Defendant(s)*           | ) |

Civil Action No.  22-3369 TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Monique Boyd
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/03/2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Monique Boyd, Metropolitan Police Dept. Officer

was received by me on *(date)* November 3 2022 .

❐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❐ I returned the summons unexecuted because ; or

☒ Other *(specify):* Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 9, 2022

*Server's signature*

Priyanka Shetty, Investigative Fellow

*Printed name and title*

1601 Connecticut Ave NW, Ste 800, Washington DC 20009

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  22-3369 TSC |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diane Brooks
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  11/03/2022

/s/ Luileadny J. Navas Gonzalez
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Diane Brooks Metropolitan Police Dept. Detective

was received by me on *(date)*   November 3, 2022   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   December 9, 2022

_____
*Server's signature*

Priyanka Shetty, Investigative Fellow
_____
*Printed name and title*

1601 Connecticut Ave NW, Suite 800, Washington DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 22-3369 TSC

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Natalie Charles
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  11/03/2022

/s/ Luileadny J. Navas Gonzalez
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Natalie Charles, Metropolitan Police Dept. Officer

was received by me on *(date)*    November 3 2022    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022      _____
                             *Server's signature*

                        Priyanka Shetty, Investigative Fellow
                        _____
                             *Printed name and title*


                        1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 22-3369 TSC |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) ) ) ) ) |
| _____ *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Albert Cipolari
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   11/03/2022                                   /s/ Luileadny J. Navas Gonzalez
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Albert Cipolari, Metropolitan Police Dept. Sergeant

was received by me on *(date)*   November 3 2022   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   Pursuant to MPD General Order 701 04 (https://go.mpdonline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   December 9, 2022   _____
                                                            *Server's signature*

                                              Priyanka Shetty, Investigative Fellow
                                              _____
                                                            *Printed name and title*

                                              1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                              _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis <br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   22-3369 TSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chad Hambrick
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  11/03/2022                                        /s/ Luileadny J. Navas Gonzalez
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chad Hambrick, Metropolitan Police Dept. Officer

was received by me on *(date)*    November 3 2022         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022        _____
                                                         *Server's signature*

                                   Priyanka Shetty, Investigative Fellow
                                                         *Printed name and title*

                            1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 22-3369 TSC |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Kennedy
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  11/03/2022                                        /s/ Luileadny J. Navas Gonzalez
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Richard Kennedy, Metropolitan Police Dept. Officer

was received by me on *(date)*  November 3 2022  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☒ Other *(specify):*  Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022 _____

_____
*Server's signature*

Priyanka Shetty, Investigative Fellow
_____
*Printed name and title*

1601 Connecticut Ave NW, Suite 800, Washington DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.  22-3369 TSC |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Koenig
      c/o District of Columbia Metropolitan Police Department
      Office of the General Counsel
      300 Indiana Ave. NW
      Room 4125
      Washington, D.C. 20001

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
      Civil Rights Corps
      1601 Connecticut Ave.
      Suite 800
      Washington, D.C. 20009

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



                                        *ANGELA D. CAESAR, CLERK OF COURT*

Date:   11/03/2022                                /s/ Luileadny J. Navas Gonzalez

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  James Koenig, Metropolitan Police Dept. Officer

was received by me on *(date)*  November 3 2022 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers, and at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022               _____
                                                    *Server's signature*

                                        Priyanka Shetty, Investigative Fellow
                                        _____
                                                    *Printed name and title*

                                        1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Malaika Lewis and N.L., by and through her next
friend and guardian, Malaika Lewis

_____
*Plaintiff(s)*

v.

District of Columbia, Monique Boyd, Diane Brooks, Natalie
Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy,
James Koenig, Johnathan Matthews, Stephen Owens,
Benjamin Rubin, John Wright, Jay Does #1-10

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  22-3369 TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Johnathan Matthews
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  11/03/2022
_____

/s/ Luileadny J. Navas Gonzalez
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Johnathan Matthews, Metropolitan Dept. Police Officer

was received by me on *(date)*   November 3 2022   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022        _____

*Server's signature*

Priyanka Shetty, Investigative Fellow

*Printed name and title*

1601 Connecticut Ave NW, Suite 800, Washington DC 20009

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis | ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* | ) <br> ) |
| v. | )  Civil Action No.  22-3369 TSC |
| District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10 | ) <br> ) <br> ) <br> ) <br> ) |
| _____ <br> *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Stephen Owens
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   11/03/2022                                    /s/ Luileadny J. Navas Gonzalez
_____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stephen Owens, Metropolitan Dept. Police Officer

was received by me on *(date)*    November 3 2022      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to MPD General Order 701 04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  December 9, 2022          _____
                                                   *Server's signature*

                                         Priyanka Shetty, Investigative Fellow
                                         _____
                                                   *Printed name and title*

                              1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis<br><br>———————————————<br>*Plaintiff(s)*<br><br>v.<br><br>District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  22-3369 TSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Benjamin Rubin
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  11/03/2022

/s/ Luileadny J. Navas Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Benjamin Rubin, Metropolitan Police Dept. Officer

was received by me on *(date)*  November 3, 2022  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liaison Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 9, 2022      _____
                                              *Server's signature*

                                    Priyanka Shetty, Investigative Fellow
                                        *Printed name and title*

                              1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>District of Columbia, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Chad Hambrick, Richard Kennedy, James Koenig, Johnathan Matthews, Stephen Owens, Benjamin Rubin, John Wright, Jay Does #1-10<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   22-3369 TSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Wright
c/o District of Columbia Metropolitan Police Department
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laureanceau, & Brittany Francis
Civil Rights Corps
1601 Connecticut Ave.
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   11/03/2022

/s/ Luileadny J. Navas Gonzalez

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    John Wright, Metropolitan Police Dept. Officer

was received by me on *(date)*    November 3 2022    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf), I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of the officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it had accepted service on behalf of all 16 of the named officers.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   December 9, 2022    _____
                                                      *Server's signature*

                                        Priyanka Shetty, Investigative Fellow
                                        _____
                                                      *Printed name and title*

                                        1601 Connecticut Ave NW, Suite 800, Washington DC 20009
                                        _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis <br><br> *Plaintiff(s)* <br><br> v. <br><br> District of Columbia, George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, John Wright, and Jay Does 6-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-cv-03369 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Hector
c/o District of Columbia Metropolitan Police Deptment
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellora Thadaney Israni, Leonard J. Laurenceau, and Brittany Francis
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/21/2022

/s/ Jiselle Manohar

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-03369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Anthony Hector Metropolitan Police Dept. Detective

was received by me on *(date)*   12/05/2022   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See additional information below.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   12/09/2022

*Server's signature*

Priyanka Shetty, Investigative Fellow
*Printed name and title*

1601 Connecticut Ave NW, Ste 800, Washington DC 20009

*Server's address*

Additional information regarding attempted service, etc:
Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf). I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I received additional summons for several more MPD Officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of all 16 officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it was accepting service on behalf of all 16 of the named officers

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis<br><br>*Plaintiff(s)*<br>v.<br>District of Columbia, George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, John Wright, and Jay Does 6-10<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:22-cv-03369

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LaShaun Lockerman
c/o District of Columbia Metropolitan Police Deptment
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laurenceau, and Brittany Francis
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/21/2022

/s/ Jiselle Manohar

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-03369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LaShaun Lockerman, Metropolitan Police Dept. Lieutenant

was received by me on *(date)*   12/05/2022   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See additional information below.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/09/2022                              *Priyanka Shetty*
                                               _____
                                                      *Server's signature*

                                               Priyanka Shetty, Investigative Fellow
                                               _____
                                                      *Printed name and title*

                                               1601 Connecticut Ave NW, Ste 800, Washington DC 20009
                                               _____
                                                      *Server's address*

Additional information regarding attempted service, etc:
Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf). I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I received additional summons for several more MPD Officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of all 16 officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it was accepting service on behalf of all 16 of the named officers

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis<br><br>_____<br>*Plaintiff(s)*<br>v.<br>District of Columbia, George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, John Wright, and Jay Does 6-10<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:22-cv-03369 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jermaine Maubry
c/o District of Columbia Metropolitan Police Deptment
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laurenceau, and Brittany Francis
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/21/2022                      /s/ Jiselle Manohar

                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-03369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jermaine Maubry, Metropolitan Police Dept. Officer

was received by me on *(date)*   12/05/2022 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See additional information below.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   12/09/2022

*Server's signature*

Priyanka Shetty, Investigative Fellow
*Printed name and title*

1601 Connecticut Ave NW, Ste 800, Washington DC 20009

*Server's address*

Additional information regarding attempted service, etc:
Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf). I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I received additional summons for several more MPD Officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of all 16 officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it was accepting service on behalf of all 16 of the named officers

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis <br><br> *Plaintiff(s)* <br><br> v. <br><br> District of Columbia, George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, John Wright, and Jay Does 6-10 <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  1:22-cv-03369 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Benjamin Finck
c/o District of Columbia Metropolitan Police Deptment
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laurenceau, and Brittany Francis
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/21/2022                                    /s/ Jiselle Manohar

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-03369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Benjamin Finck, Metropolitan Police Dept. Officer

was received by me on *(date)*   12/05/2022   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See additional information below.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/09/2022

_____
*Server's signature*

Priyanka Shetty, Investigative Fellow
*Printed name and title*

1601 Connecticut Ave NW, Ste 800, Washington DC 20009

_____
*Server's address*

Additional information regarding attempted service, etc:
  Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf). I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I received additional summons for several more MPD Officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of all 16 officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it was accepting service on behalf of all 16 of the named officers

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Malaika Lewis and N.L., by and through her next friend and guardian, Malaika Lewis<br><br>_____<br>*Plaintiff(s)*<br>v.<br>District of Columbia, George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, John Wright, and Jay Does 6-10<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:22-cv-03369<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   George Arhin
c/o District of Columbia Metropolitan Police Deptment
Office of the General Counsel
300 Indiana Ave. NW
Room 4125
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellora Thadaney Israni, Leonard J. Laurenceau, and Brittany Francis
Civil Rights Corps
1601 Connecticut Ave. NW
Suite 800
Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/21/2022   _____        /s/ Jiselle Manohar
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-03369

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   George Arhin, Metropolitan Police Dept. Officer

was received by me on *(date)*   12/05/2022   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See additional information below.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/09/2022

*Server's signature*

Priyanka Shetty, Investigative Fellow
*Printed name and title*

1601 Connecticut Ave NW, Ste 800, Washington DC 20009

*Server's address*

Additional information regarding attempted service, etc:
Pursuant to MPD General Order 701-04 (https://go.mpdconline.com/GO/GO_701_04.pdf). I reached out to MPD's Court Liasion Division and Office of General Counsel on Nov. 3, 2022 to check if they would accept service on behalf of the named officers. On Dec. 5, 2022, I received additional summons for several more MPD Officers. On Dec. 5, 2022, I was informed by Plaintiffs' counsel that the D.C. Office of the Attorney General ("OAG") had indicated that it would be accepting service on behalf of all 16 officers and, at OAG's request, to email the officers' summonses to Richard.Sobieki@dc.gov and Pamela.Disney@dc.gov. I did so on Dec. 5, 2022. On Dec. 9, 2022, OAG confirmed via email that it was accepting service on behalf of all 16 of the named officers.