UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-03369-RDM |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' AMENDED COMPLAINT

Defendants District of Columbia, George Ahrin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Jonathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, and John Wright move to dismiss Plaintiffs' Amended Complaint with prejudice under Rule 12(b)(6).  The grounds supporting this Motion are set forth in the accompanying Memorandum.  A proposed order is attached.  Because the Motion is dispositive, undersigned counsel did not seek consent to the relief requested.  *See* LCvR 7(m).

Date: January 27, 2023.                                     Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Richard P. Sobiecki*

RICHARD P. SOBIECKI [500163]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*