# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-03369-RDM |

# ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Motion), any opposition and reply, and the entire record, it is **ORDERED** that:

The Motion is **GRANTED**; and

Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

---

THE HONORABLE RANDOLPH D. MOSS
Judge, United States District Court
      for the District of Columbia