# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-03369-RDM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance of Assistant Attorney General Pamela A. Disney, who has represented Defendant the District of Columbia in the above-captioned matter.

Dated: February 13, 2022.        Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Pamela A. Disney*
PAMELA A. DISNEY [1601225]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov