# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | 1:22-cv-03369-RDM |

## NOTICE OF APPEARANCE

The Clerk shall please note the appearance of Marcus D. Ireland as counsel for Defendants District of Columbia, George Ahrin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, Lashaun Lockerman, Jonathan Matthews, Jermaine Maubry, Stephen Owens, Benjamin Rubin, and John Wright in the above-captioned matter.

Date: March 3, 2025.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Marcus D. Ireland*
MARCUS D. IRELAND [90005124]
Assistant Attorney General
Equity Section, Civil Litigation Division
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 702-2910
Email: marcus.ireland@dc.gov