UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-03369-RDM |

**DEFENDANTS' CONSENT MOTION FOR**
**AN EXTENSION OF TIME TO ANSWER THE COMPLAINT**

Defendants District of Columbia and the individually named Defendants[1] (collectively, the District) move under Rule 6(b)(1)(A) for an extension of time to answer Plaintiffs' First Amended Complaint. The Court granted in part and denied in part the District's motion to dismiss on March 2, 2025, making the District's deadline to file an answer March 17, 2025. *See* Fed. R. Civ. P. 12(a)(4)(A); 6(a)(1)(C). The District requests an additional 30 days, until April 16, 2025. This additional time is necessary to fully evaluate the Court's opinion and order, and to coordinate with the Metropolitan Police Department and each of the various individual Defendants in order to properly respond to the allegations in the Amended Complaint, which span 371 numbered paragraphs across nearly 60 pages. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted counsel for Plaintiffs regarding this motion, who indicated that Plaintiffs consent to the relief sought.

---

[1] The individually named Defendants are George Arhin, Monique Boyd, Diane Brooks, Natalie Charles, Albert Cipolari, Benjamin Finck, Chad Hambrick, Anthony Hector, Richard Kennedy, James Koenig, LaShaun Lockerman, Johnathan Matthews, Jermaine Maubry, Stephan Owen, Benjamin Rubin, and John Wright.

Rule 6(b)(1)(A) provides for extensions of existing deadlines on a showing of "good cause." The District submits that the foregoing—the length and complexity of the Amended Complaint and the Court's motion to dismiss decision, and the number of defendants and claims at issue—constitutes good cause supporting a 30-day extension for the undersigned to prepare and file an answer. Further, the extension of this deadline would not unduly delay the resolution of this case, and Plaintiffs have consented to the extension so no party will be prejudiced.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order is attached, as required by LCvR 7(c).

Date: March 22, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Brendan Heath*
RICHARD P. SOBIECKI [500163]
BRENDAN HEATH [1619960]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
Civil Litigation Division
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendants*