# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALAIKA LEWIS**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 1:22-cv-03369-RDM** |

# ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time to Answer the Complaint (Motion), and the entire record, it is,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Defendants shall file an Answer to Plaintiffs' First Amended Complaint on or before April 16, 2025.

Date: _____

_____
RANDOLPH D. MOSS
United States District Judge