# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Malaika Lewis, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-3369 (RDM) |
| District of Columbia, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs Malaika Lewis and N.L.

Date: 05/13/2025

*Attorney's signature*

Jacqueline Cadman (1007645)
*Printed name and bar number*

Brown Goldstein & Levy, LLP
1331 Pennsylvania Avenue NW
Suite 555 South
Washington, DC 20004
*Address*

jcadman@browngold.com
*E-mail address*

(202) 742-5969
*Telephone number*

(410) 385-0869
*FAX number*