UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALAIKA LEWIS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-03369-RDM |

**PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY LEONARD LAURENCEAU**

Undersigned counsel hereby requests to withdraw as counsel for Plaintiffs in this matter. Undersigned counsel will be leaving the law firm Civil Rights Corps and is unable to continue as counsel for Plaintiffs. Plaintiffs will continue to be represented by attorneys at Civil Rights Corps and Brown, Goldstein & Levy. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

Respectfully submitted this 8th day of December, 2025.

/s/ Leonard J. Laurenceau

Leonard J. Laurenceau (D.C. Bar No. 90007729)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
leo@civilrightscorps.org
Phone: (202) 844-4975

* Not a member of the Bar of this Court. Appearing without compensation from clients, pursuant to Local Civil Rule 83.2(f).

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALAIKA LEWIS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-03369-RDM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY LEONARD LAURENCEAU**

It is hereby ORDERED that Plaintiffs' Motion to Withdraw Attorney Leonard Laurenceau is GRANTED. Attorney Leonard Laurenceau is withdrawn as counsel in this matter.

_____

Hon. Randolph D. Moss

United States District Court Judge

2